UNITED STATES of America, Plaintiff-Appellee,

v.

**Andrique ROOK, Defendant-Appellant.**

No. 16-17515
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(July 26, 2017)

John Shantanu Ghose, John Andrew Horn, Lawrence R. Sommerfeld, U.S. Attorney's Office, Atlanta, GA, for Plaintiff-Appellee

Molly Hiland Parmer, W. Matthew Dodge, Stephanie A. Kearns, Federal Defender Program, Inc., Atlanta, GA, for Defendant-Appellant

Before MARTIN, JILL PRYOR and ANDERSON, Circuit Judges.

**PER CURIAM:**

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).